# ELECTRONIC RECORD

675-15 676-15
677-15 678-1[

COA # 03-13-00206-CR       OFFENSE: 22.021

STYLE: Rodolfo Cisneros v. The State of Texas       COUNTY: Hays

COA DISPOSITION: Modified and, as Modified, Affirmed       TRIAL COURT: 428th District Court

DATE: 3/12/15       Publish: NO    TC CASE #: CR-12-0432

## IN THE COURT OF CRIMINAL APPEALS

675-15 676-15
677-15 678-15

STYLE: Rodolfo Cisneros v. The State of Texas       CCA #: _____

_____APPELLANT'S_____ Petition       CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_____refused_____       JUDGE: _____

DATE: July 29 2015       SIGNED: _____    PC: _____

JUDGE: PC; Harvey J. not participating       PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**